IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00245-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MATTHEW HOLT,
2. JORDAIN LARSEN,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on review of the file.  Assistant U.S. Attorney Judith A. Smith has entered an appearance on behalf of the government in this case.  Due to the fact that I occasionally socialize with Ms. Smith, I must recuse myself from this case.  It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

DATED June 12, 2015.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge