**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 15-cr-0245-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

**1.     MATTHEW HOLT, and
2.     JORDAIN LARSEN**

     Defendants.

---

**ORDER REGARDING JOINT DEFENSE AGREEMENT DISCLOSURES**

---

     This matter comes before the Court *sua sponte*.  This Court has the inherent authority to require disclosure of the precise nature of a criminal defendant's representation to ensure that no conflict of interest exists which would deprive a defendant of his Sixth Amendment right to effective assistance of counsel.  See *United States v. Stepney*, 246 F.Supp.2d 1069 (N.D. Cal. 2003).  Accordingly the Court ORDERS as follows:

     1.     On or before June 30, 2015, any Defendant who has entered into a Joint Defense Agreement shall submit such Agreement to the Court (filed under Restriction Level 3) for *in camera* review.

     2.     On or before June 30, 2015, any Defendant who has had his or her Initial Appearance prior to that date, and who as of that date has not entered a Joint Defense Agreement, shall submit a filing (under Restriction Level 3) informing the Court of as much.

3.      Should any Defendant contemplate entering into a Joint Defense

Agreement after this Order, that Defendant shall submit such Agreement

to the Court (filed under Restriction Level 3) **for _in camera_ review PRIOR**

**TO ITS EXECUTION.**

Dated this 17th day of June, 2015.

BY THE COURT:

_____

William J. Martínez
United States District Judge