**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 15-cr-0245-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **MATTHEW HOLT, and**
2.    **JORDAIN LARSEN**,

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER**

    This matter comes before the Court on the Government's Unopposed Motion for Protective Order, filed June 22, 2015. (ECF No. 24).  The Court having reviewed the Motion and finding good cause hereby GRANTS the Motion and FINDS as follows:

    1.    Due to the nature of the charges, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, including § 3509(d), apply to this case.

    2.    The Act affords certain protections to child victims and child witnesses, including requiring the parties and other personnel to maintain the confidentiality of any documents that disclose the name or any other information concerning a child, maintain the confidentiality of the minor victim's identity in all public filings and court proceedings, and file under seal without the necessity of a Court order any filings that disclose the

       identity or other personal information of the minor victim.

3. Due to the nature of the case, the Court finds that there is a significant possibility that disclosure to the public of the names or other information concerning any minor victims or witnesses in this case would be detrimental to the minors.

4. The Defendants do not object to the entry of a protective order with the terms and conditions outlined below.

IT IS HEREBY ORDERED that

1. All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B) shall, at trial and during any and all pre-trial and post-trial proceedings in this case, refer to any minors involved by a pseudonym such as "Minor #1" for each such minor;

2. All documents that disclose the name or any other information concerning a child shall be kept in a secure place to which no person who does not have reason to know their contents has access, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(I); and

3. All documents that disclose the name or any other information concerning a child or the information in them that concerns a child shall be disclosed only to persons who, by reason of their participation in the proceeding, have reason to know such information, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(ii);

    a. The discovery provided to defense counsel in this case may be viewed only by defense counsel, the Defendants, and members of

        his/her respective defense team, including any defense investigators and staff, as necessary for the purposes of preparing a defense in this particular case.

    b. Since both Defendants are in custody, to protect the identities of the minors in this case and to avoid discovery materials from being circulated in the prison system (inadvertently or otherwise), no discovery materials that disclose the identifying information concerning a child shall be provided to the Defendants. Each Defendant may be allowed to review the discovery materials referenced in this paragraph, but only while in the direct presence of defense counsel or members of his/her respective defense team, including any defense investigators and staff.

4. All papers to be filed in Court that disclose the name or other information concerning a child shall be filed under restriction without necessity of obtaining a Court order; and

5. Counsel for the Government and counsel for Defendants shall provide one another with an unredacted copy of any redacted pleading filed in this case, provided that such pleading is not filed *in camera*.

6. Counsel for both parties shall ensure that members of their respective teams will read this Order and are informed of their responsibilities to safeguard the above-referenced information.

Dated this 22nd day of June, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge