IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00245-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MATTHEW HOLT,

        Defendant.

**PRELIMINARY ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2. The Court having read said Motion and being fully advised in the premises finds:

THAT on February 23, 2016, the United States and Defendant Holt entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2. (Doc. 62).

THAT the requisite nexus exists between the following property and Production of Child Pornography to which Defendant Holt pleaded guilty:

    a.    White Nokia cell phone;

    b.    8 CDs/DVDs;

    c.    Vivitar digital camera with SD card;

    d.    Nikon Coolpix 4600 digital camera with SD card;

    e.    Fuji Film Finepix AX560 digital camera with SD card;

    f.    Fuji Film Finepix S2940WM digital camera with SD card;

g.     LG TMobile cell phone;

h.     HTC TMobile cell phone;

i.     Maxell Adapter containing 2GB microSD card;

j.     Asus Nexus Tablet;

k.     Samsung Galaxy S4 cell phone with cracked screen;

l.     Laptop Computer Dell Inspiron (P28F) 4DLVDW1;

m.     Laptop Computer Dell Inspiron (P28F) 4DLVDW1;

n.     Laptop Computer ASUS Q500A DINOAS17359902;

o.     Laptop Computer Dell Experian 3520 HCZ6BV1;

p.     Tablet (Mobile Device) Verizon Ellipsis 7 (QMV7A) IVVW7D7DNJYDRSDQ;

q.     Cell Phone w/Black Case Samsung Galaxy S4 (SCH-I545) IMEI: 990004382179269;

r.     Cell Phone w/Black & Blue Case Samsung Galaxy S3 (SCH-I535) IMEI: 990003435878711;

s.     External Hard Drive, Seagate NAILABL9;

t.     Internal Hard Drive, (40GB) Toshiba MK4026GAX 85IE2840T;

u.     Laptop Computer, ACER KAWGO LXPGX02005950334C41601;

v.     Laptop Computer, Toshiba;

w.     Cell Phone w/Pink Case Samsung Galaxy Note 3 (SM-N900V) IMEI: 990004498432156; and

x.     Desktop Computer, Dell Dimension B110 7T65WB1.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253:

    a.    White Nokia cell phone;

    b.    8 CDs/DVDs;

    c.    Vivitar digital camera with SD card;

    d.    Nikon Coolpix 4600 digital camera with SD card;

    e.    Fuji Film Finepix AX560 digital camera with SD card;

    f.    Fuji Film Finepix S2940WM digital camera with SD card;

    g.    LG TMobile cell phone;

    h.    HTC TMobile cell phone;

    i.    Maxell Adapter containing 2GB microSD card;

    j.    Asus Nexus Tablet;

    k.    Samsung Galaxy S4 cell phone with cracked screen;

    l.    Laptop Computer Dell Inspiron (P28F) 4DLVDW1;

    m.    Laptop Computer Dell Inspiron (P28F) 4DLVDW1;

    n.    Laptop Computer ASUS Q500A DINOAS17359902;

    o.    Laptop Computer Dell Experian 3520 HCZ6BV1;

    p.    Tablet (Mobile Device) Verizon Ellipsis 7 (QMV7A) IVVW7D7DNJYDRSDQ;

      q.      Cell Phone w/Black Case Samsung Galaxy S4 (SCH-I545) IMEI: 990004382179269;

      r.      Cell Phone w/Black & Blue Case Samsung Galaxy S3 (SCH-I535) IMEI: 990003435878711;

      s.      External Hard Drive, Seagate NAILABL9;

      t.      Internal Hard Drive, (40GB) Toshiba MK4026GAX 85IE2840T;

      u.      Laptop Computer, ACER KAWGO LXPGX02005950334C41601;

      v.      Laptop Computer, Toshiba;

      w.      Cell Phone w/Pink Case Samsung Galaxy Note 3 (SM-N900V) IMEI: 990004498432156; and

      x.      Desktop Computer, Dell Dimension B110 7T65WB1.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States or the designated sub-custodian is directed to seize the property subject to forfeiture, and further to make its return as provided by law.

THAT the United States or the designated sub-custodian shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed.

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.  The Court shall retain jurisdiction to enforce

this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(c)(1).

      THAT this Preliminary Order of Forfeiture may be amended pursuant to Fed. R. Crim. P. 32.2(e)(1).

      Dated this 18th day of March, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge